# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIRAL DRM LLC, MICHAEL BRANDON CLEMENT, JONATHAN PETRAMALA and REED TIMMER, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL SALVADOR AGUILA DOMINGUEZ and EL UNIVERSAL, COMPANIA PERIODISTICA NACIONAL, S.A. DE C.V, <br><br> Defendants. | CASE NO.:  5:24-cv-06598-PCP <br><br><br> [proposed] **ORDER GRANTING  FIFTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Before the Court is Plaintiffs' Fifth Motion to Continue Initial Case Management Conference. The Court, having considered the Motion and having found good cause, therefore hereby GRANTS the Motion. The Initial Case Management Conference is hereby continued from July 16, 2026 to October 15, 2026 at 1:00 p.m. The Parties' Joint Scheduling Report is due October 8, 2026.

IT IS SO ORDERED.

Dated: __June 25, 206__

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

1

PROPOSED ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE                                    CASE NO.: 5:24-cv-06598-PCP